DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEX ANTONIO BYNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2524

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Shepherd, Judge; L.T. Case No. 2023CF000860AXXX.

Daniel Eisinger, Public Defender, West Palm Beach, and Gary L. Caldwell, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus R. Kelly, II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***